### DEFENBAUGH v. AMERICAN SURETY CO. OF NEW YORK. (No. 6570.) *

(Court of Civil Appeals of Texas. Austin. March 29, 1922. Rehearing Denied April 19, 1922.)

Appeal from District Court, Travis County; Cooper Sansom, Judge.

Suit for interpleader by the American Surety Company of New York against Frank R. Defenbaugh. From an order granting a temporary injunction, restraining defendant from attempting to enforce payment of judgment recovered against plaintiff, pending determination of the interpleader, defendant appeals. Affirmed.

E. E. Diggs, of Childress, for appellant.
Fiset & Shelley, of Austin, for appellee.

BRADY, J. This is a companion case to cause No. 6569, Melton et al. v. American Surety Co. of New York, 240 S. W. 574, this day decided. The questions in the two cases are the same, and the opinion in the Melton Case is referred to as controlling in this case.

For the reasons disclosed in that opinion, we hold the trial court did not err in refusing to dissolve the injunction.

Judgment will be affirmed.

Affirmed.